AO 442 (Rev. 10/03) Warrant for Arrest

**FILED**
JUN 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

Eastern District of Virginia

UNITED STATES OF AMERICA

v.

Marcus Brown

**WARRANT FOR ARREST**

Case Number: 08MJ338

08-406-M-02

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Marcus Brown
                                        *Name*

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense):

While in the custody of the Attorney General of the United States after being convicted of an offense against the United States, Marcus Brown did unlawfully, knowingly, willfully and feloniously escape from the custody of the Attorney General.

in violation of Title 18 United States Code, Section(s) 751

/s/
Dennis W. Dohnal
United States Magistrate Judge

Name of Issuing Officer

Title of Issuing Officer                    Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DATE RECEIVED: 6/27/08
DATE OF ARREST: 6/27/08

NAME AND TITLE OF ARRESTING OFFICER: *Receiving* DUSM Julie Carrillo
SIGNATURE OF ARRESTING OFFICER: *Receiving* Julie Carrillo

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA__

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA
V.
Marcus Brown

**CRIMINAL COMPLAINT**

Case Number: 08MJ338

**08-406-M-02**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __5/27/2008__ in __Prince George__ County, in
(Date)
the __Eastern__ District of __Virginia__ defendant(s) did,

*(Track Statutory Language of Offense)*

That on or about the 27th day of May 2008, at Prince George County, Virginia, in the Eastern District of Virginia and within the jurisdiction of this court, Marcus Brown, being a Federal prisoner lawfully committed to the custody of the Attorney General of the United States after being convicted of an offense against the United States, did unlawfully, knowingly, willfully and feloniously escape from the custody of the Attorney General.

in violation of Title __18__ United States Code, Section(s) __751__.

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the
Official Title
following facts:

(see attached affidavit)

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Christopher Withers
Printed Name of Complainant

Sworn to before me and signed in my presence,

__5/29/2008__ at __Richmond__ __VA__
Date                                         City                      State

A TRUE COPY, TESTE
CLERK, U.S. DISTRICT COURT

/s/ Dennis W. Dohnal
United States Magistrate Judge

BY _____
DEPUTY CLERK

AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Philip Christopher Withers, having been duly sworn, state as follows:

1. I am a Deputy United States Marshal and have been so employed for 3 years. My duties as a Deputy U.S Marshal include the investigation of violations of federal law to include Escape and Failure to Appear.

2. This affidavit is made in support of an application for a criminal complaint against Marcus Brown for escape from the custody of the Attorney General of the United States in violation of Title 18 USC 751 (a). I have gathered the information in this affidavit myself or received it from other law enforcement officers and court officials.

3. On or about June 22, 2006, Marcus Brown was sentenced in Superior Court of the District of Columbia for the offense of Distribution of Cocaine. Brown was originally sentenced to 32 months on charges of distribution of cocaine with 5 years of supervised release to follow.

4. On or about May 27, 2008 at approximately 08:30 a.m. Brown was released from FCI Petersburg on a temporary furlough with the condition to surrender himself to Hope Village in Washington, D.C. no later than May 27th, 2008 at 15:00 hours. Brown was driven to the bus station in Petersburg and dropped off by a camp inmate to catch the bus to the above listed treatment facility.

5. On or about May 28, 2008 FCI Petersburg was notified via email by Hope Village that Brown had failed to surrender himself to their facility. It was at this time that FCI Petersburg declared inmate Marcus Brown's status as escaped.

6. Marcus Brown is designated to the FCC Petersburg Medium, a Bureau of Prisons Facility, to serve out his sentence. Brown signed a furlough application on April 2, 2008 acknowledging his obligation to report to Hope Village at the above assigned time to continue his assigned sentence of incarceration.

7. United States Marshals have initiated the investigation at this time and have been unsuccessful in locating Marcus Brown since his May 27th, 2008 temporary furlough from FCI Petersburg (Medium). Inmate Brown is neither in Hope village where he was furloughed to, nor is he in FCI Petersburg where he was initially designated to.

8. Based on this information I ask that a warrant be issued for Marcus Levi Brown for Escape in violation of 18 USC 751 (a).

Christopher Withers
Deputy United States Marshal

Sworn to and subscribed before me this 29 day of May, 2008.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

/s/
Dennis W. Dohnal
United States Magistrate Judge

BY _____
DEPUTY CLERK